**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JESSE DARNELL PELLOW, : No. 12 WM 2024

        Petitioner :

        v. :

BLAIR COUNTY COURT OF COMMON :
PLEAS, BLAIR COUNTY DISTRICT :
ATTORNEY'S OFFICE, PENNSYLVANIA :
SUPERIOR COURT, PENNSYLVANIA :
BOARD OF NURSING, PENNSYLVANIA :
HUMAN RELATIONS COMMISSION, :

        Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of June, 2024, to the extent Petitioner seeks relief as to his criminal matter, the "Application for Exercise of Extraordinary Jurisdiction or King's Bench Power," the Motion for Clarification, the Application for Leave to File Response, and the "Request to Inform" are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (barring hybrid representation). The Prothonotary is DIRECTED to forward those filings to counsel of record.

    In all other respects, the "Application for Exercise of Extraordinary Jurisdiction or King's Bench Power," the Motion for Clarification, the Application for Leave to File Response, and the "Request to Inform" are DENIED.